# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAPMARK FINANCE INC., a California Corporation, as Servicer for U.S. Bank National Association, as Trustee for the Register Holders of FMAC Loan Receivables Trust<br>　　　Plaintiff(s)<br><br>　　　　　v.<br><br>SONDOCATT INVESTMENTS, L.L.C., a Massachusetts limited liability company and ROBERT T. BURDA, an individual<br>　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:07-30119 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]** **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Capmark Finance Inc., against the defendants Sondocatt Investments, L.L.C. et al, pursuant to the court's endorsed order entered this date, granting the plaintiff's motion for entry of default judgment in the amount of $5,978,670.06.

　　　　　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:　September 28, 2007　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　　　　　[jgm.]